UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| GREENWICH INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Civil No. 11-66-ART |
| v. | ) ) | **JUDGMENT** |
| TONY LEE HALL, | ) ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Order entered today, pursuant to Rule 58 of the Federal Rules of Civil Procedure it is **ORDERED** that:

1. Judgment is entered in favor of Greenwich Insurance Company.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 20th day of November, 2012.



Signed By:

*Amul R. Thapar*

United States District Judge